# United States District Court

for

# Middle District of Alabama

# Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tiffany Elizabeth Kitchens          Case Number: 2:17CR476-MHT-01

Name of Sentencing Judicial Officer:    The Honorable L. Scott Coogler, U.S. District Judge; case reassigned to
                                        The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: June 21, 2018

Original Offense: Ct. 1: Attempt and Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349
                  Ct. 8: Fraud with Identification Documents/Aiding and Abetting, 18 U.S.C §§ 1028A and 2
                  Ct. 13: Theft or Receipt of Stolen Mail Matter/Aiding and Abetting, 18 U.S.C. §§ 1708 and 2

Original Sentence: 28 months custody, 5 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: April 28, 2020

Assistant U.S. Attorney:   Brandon Bates          Defense Attorney:   Cecilia Vaca

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation No. 1- Mandatory Condition:** "You must not commit another federal, state or local crime." | On February 9, 2022, Kitchens was arrested in Clanton, Alabama, by the Chilton County Sheriff's Department and charged with Unlawful Possession of a Controlled Substance, a Class C felony, in violation of 13A-12-212 of the Code of Alabama. |
| **Violation No. 2- Mandatory Condition:** "You must not commit another federal, state or local crime." | On February 9, 2022, Kitchens was arrested in Clanton, Alabama, by the Chilton County Sheriff's Department and charged with Unlawful Possession of Drug Paraphernalia, a Class A misdemeanor, in violation of 13A-12-260 of the Code of Alabama. |

RE: **Kitchens, Tiffany Elizabeth**
    Dkt. # 2:17CR476-MHT-01
    <u>PROB 12C</u>

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>2/11/2022</u>

by  <u>/s/ Eric K. Williams</u>
    United States Probation Officer

Date: February 11, 2022

Reviewed and approved by:   <u>/s/ David Ron Thweatt</u>
    Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

<u>/s/ Myron H. Thompson</u>
UNITED STATES DISTRICT JUDGE

<u>2/11/2022</u>
Date