IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )         2:17cr476-MHT
                            )              (WO)
TIFFANY ELIZABETH KITCHENS  )
```

### ORDER

Based on the representations made on the record at a telephonic status conference on August 26, 2022, and by agreement of the parties, it is ORDERED that:

(1) The court concurs in the recommendations contained in the supervising probation officer's report (Doc. 115).

(2) The requirement that defendant Tiffany Elizabeth Kitchens complete treatment at the Lovelady Center remains in effect. *See* Text Order (Doc. 107).

(3) Defendant Kitchens shall be allowed to continue to participate in the care of her daughter

during the daughter's recovery and aftercare as permitted by her supervising probation officer.

DONE, this the 30th day of August, 2022.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE