IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:17cr476-MHT
                            )             (WO)
TIFFANY ELIZABETH KITCHENS  )
```

ORDER

Based on the representations made on the record at a telephonic status conference on January 27, 2023, and the reports filed by the supervising probation officer (Doc. 120) and by defense counsel (Doc. 122), it is ORDERED that:

(1) The hearing on the pending petition for revocation (Doc. 83) is continued generally.

(2) On the first Tuesday of each July and December of this year and each year thereafter, the supervising probation officer is to file a report on the status of the state charges that are the bases for the pending petition for revocation (Doc. 83).

DONE, this the 27th day of January, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE