IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:17cr476-MHT
                            )             (WO)
TIFFANY ELIZABETH KITCHENS  )
```

## ORDER

Previously, in February 2022, defendant Tiffany Elizabeth Kitchens was arrested on state charges related to drug use and credit-card fraud. That same month, a revocation petition (Doc. 83), later amended (Doc. 91), was filed against Kitchens based on those state charges.

At the detention hearing on the amended revocation petition, the magistrate judge released Kitchens for substance-abuse treatment (Doc. 107) and the hearing on the amended petition was continued generally (Doc. 111). In April 2023, Kitchens was arrested on another state charge, this time for property damage (Doc. 127).

Given the above history, it is ORDERED that a status conference with government counsel, defense counsel, and the supervising probation officer is set for July 13, 2023, at 8:15 a.m., to discuss how defendant Tiffany Elizabeth Kitchens is faring generally, including with regard to her substance-abuse treatment and the recent state criminal charge--as well as what additional action, if any, the court should now take.

The courtroom deputy is to arrange for the conference to be conducted by Zoom.

DONE, this the 6th day of July, 2023.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE