IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:17cr476-MHT
                            )            (WO)
TIFFANY ELIZABETH KITCHENS  )
```

ORDER

Based on the representations made on the record on July 13, 2023, and the noncompliance report filed today, it is ORDERED that an in-person hearing on that report is set for August 11, 2023, at 8:00 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

Government counsel, defense counsel, the supervising probation officer, and defendant Tiffany Elizabeth Kitchens are all to be present.

The court attempted to contact defense counsel to set the hearing for a time convenient for the defendant, but defense counsel would not respond to the court's contacts.

DONE, this the 31st day of July, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**